UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT FOR BRETT BEDUSEK, WHITE MALE, DATE OF BIRTH 02-25-1984, HEIGHT 6' 00," WEIGHT 260 POUNDS | Case No. 17-M-015 First Extension |

## AFFIDAVIT IN SUPPORT OF MOTION TO SEAL

I, Penelope L. Coblentz, being first duly sworn on oath, hereby state as follows:

1. I am an Assistant United States Attorney in the Eastern District of Wisconsin, and am the prosecutor assigned to the above-captioned case.

2. In a warrant issued on March 8, 2017, this Court authorized agents to search Brett Bedusek, white male, date of birth 02-25-1984, height 6' 00," weight 260 pounds.

3. This warrant was issued based on the application of ICE-HSI Special Agent Nathan Cravatta and included an attached affidavit.

4. Agents executed the search warrant on March 9, 2017.

5. The affidavit submitted in support of this application details the federal government's ongoing investigation into alleged violations of federal law in this district. As detailed in the affidavit, the government believes that Brett Bedusek engaged in matters involving the sexual exploitation of children. This investigation is not complete.

6. Disclosure of the search warrant, application, including the supporting affidavit, and notice to the owner or possessor of the property would prejudice the government's ongoing investigation in this matter, in that it would alert them to law enforcement activity. This could encourage the

targets to change their method of operation, making it more difficult for the government to determine the full scope of and participants in their criminal activity.

Based on the foregoing, the United States respectfully requests that the Court seal the application for warrant, including the supporting affidavit, as well as this affidavit, for a period of six months. This time period will allow the government to complete its investigation, at which time the government anticipates that appropriate criminal charges can be brought against the targets of this investigation.

PENELOPE L. COBLENTZ

Subscribed and sworn to me this
\_\_\_19m\_\_\_ day of September, 2017.

Notary Public, State of Wisconsin
My commission expires 07/23/21

[Notary seal: VICTORIA BERNHOFT, NOTARY PUBLIC, STATE OF WISCONSIN]